# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:24-CV-054-KDB-DCK

| | |
|---|---|
| ALEX KEOPRASEUTH, ) | |
| ) | |
| **Plaintiff,** ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| LVNV FUNDING, LLC, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant LVNV Funding, LLC's Motion To Set Initial Pre Trial Conference Or Stay The Initial Attorney's Conference" (Document No. 8) filed August 9, 2024, and for scheduling purposes. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Having carefully considered the motion and the record, the undersigned will grant the motion. In addition, the undersigned will set or re-set other case deadlines as follows.

**IT IS, THEREFORE, ORDERED** that "Defendant LVNV Funding, LLC's Motion To Set Initial Pre Trial Conference Or Stay The Initial Attorney's Conference" (Document No. 8) is **GRANTED**. The requirement for an Initial Attorney's Conference pursuant to Local Rule 16.1 is **STAYED** until **September 4, 2024**.

**IT IS FURTHER ORDERED** that the parties shall conduct an Initial Attorney's Conference and file a Certificate of Initial Attorney's Conference on or before **September 11, 2024**.

**IT IS FURTHER ORDERED** that Defendant shall file an Answer, or otherwise respond to Plaintiff's "Amended Complaint" (Document No. 7), on or before **August 21, 2024**.

**IT IS FURTHER ORDERED** that the parties shall file a "Certificate Of Settlement Conference" on or before **August 21, 2024**.  See 5:19-MC-005-KDB (Document No. 2) (W.D.N.C. July 16, 2019) ("Defendant or Defendant's counsel is responsible for initiating a communication to arrange the settlement conference mandated by this Order").

The Clerk of Court is directed to send a copy of this Order to *pro se* Plaintiff by certified U.S. Mail, return receipt requested

**SO ORDERED**.

Signed: August 12, 2024

David C. Keesler
United States Magistrate Judge