IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-CV-00054-KDB-DCK

| | |
|---|---|
| ALEX KEOPRASEUTH,<br><br>Plaintiff,<br><br>v.<br><br>LVNV FUNDING, LLC,<br><br>Defendant. | **ORDER** |

**THIS MATTER** is before the Court on Defendant's Motion to Dismiss for Lack of Prosecution (Doc. No. 12). The Court has carefully considered this motion and Defendant's brief and exhibits. Despite a "Roseboro Order" issued on January 9, 2025, which set an extended response deadline of January 24, 2025, Plaintiff has not responded to the motion. Based on the facts and the reasons stated in Defendant's brief and having fully considered the criteria for dismissal of an action for want of prosecution, see *Atkinson v. Holder*, 925 F.3d 606, 625 (4th Cir. 2019), the Court will **GRANT** the motion and dismiss this action. Simply put, Plaintiff has failed to pursue his claims notwithstanding the extensive efforts of the Court and the opposing party to engage him in the litigation process.

**NOW THEREFORE IT IS ORDERED THAT:**

1. Defendant's Motion to Dismiss (Doc. No. 12) is **GRANTED;**
2. Plaintiff's Complaint is **DISMISSED**; and
3. The Clerk is directed to close this matter in accordance with this Order.

**SO ORDERED ADJUDGED AND DECREED.**

Signed: February 10, 2025

Kenneth D. Bell
United States District Judge